**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TAVARA JONELLE HIX, | ) | Case No. 3:26-bk-05219 |
| | ) | Chapter 7 |
| Debtor. | ) | Honorable Charles M. Walker |
| | ) | |

**ORDER DIRECTING EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Upon the motion of the United States Trustee, Region 8, by and through counsel, it is

**ORDERED** that Tavara Jonelle Hix shall appear for examination pursuant to *Fed. R. Bankr. P.* 2004 on Friday, November 13, 2026, at 9:00 a.m. at the Office of the U.S. Trustee, 701 Broadway, Suite 318, Nashville, Tennessee.

**IT IS FURTHER ORDERED** that Ms. Hix shall produce the documentation as specified in the motion no later than noon on Thursday, November 12, 2026.

**IT IS FURTHER ORDERED** that the attorney for the movant shall serve a copy of this order on the parties or counsel for the parties required to appear.

The attendance of an entity for examination and the production of documentary evidence are compelled in the manner provided in *Fed. R. Bankr. Proc.* 9016 for the attendance of witnesses at a hearing or trial.

Dated: November 2, 2026

/s/ Vanessa A. Lantin
Clerk of Court