FILED
2026 NOV -3 PM 2:41
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re: Case No. 3:26-bk-05219

**TAVARA JONELLE HIX,** Chapter 7

Debtor.

## NOTICE OF AMENDMENT

Debtor Tavara Jonelle Hix, appearing pro se, gives notice pursuant to Federal Rule of Bankruptcy Procedure 1009 and Middle District of Tennessee Local Bankruptcy Rule 1009-1 of the following corrections to documents originally filed on October 28, 2026 (ECF No. 1):

**1. Amended Voluntary Petition (Official Form 101), page 1, Question 3.** The original petition incorrectly displayed **9585** as the last four digits of the debtor's Social Security number and displayed **8772** in the Individual Taxpayer Identification Number (ITIN) field. The correct last four digits of the debtor's Social Security number are **8772**. The amended petition corrects the Social Security number field and removes the erroneous ITIN entry.

**2. Amended Schedule I (Official Form 106I), page 2, line 8e.** The original Schedule I incorrectly reported Social Security income of **$0.00**. The debtor receives Social Security disability benefits totaling **$1,561.40 per month** before the Social Security Administration's rounding of the monthly payment to $1,561.00. The amended Schedule I reports that income and updates the applicable monthly-income totals.

**3. Amended Statement About Your Social Security Numbers (Official Form 121).** The debtor will submit an amended Official Form 121 separately with the accurate identification information through the appropriate non-public procedure. The full Social Security number is not included in this public Notice of Amendment.

The corrections described above are intended to remedy the identified data-entry and disclosure errors. The amended petition and amended Schedule I are being submitted with this Notice for filing.

Dated: October 30, 2026

Tavara Jonelle Hix, Debtor, Pro Se
1106 Wingate Street
Murfreesboro, TN 37130-5426
Email: newlifeconce@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF TENNESSEE**

**NASHVILLE DIVISION**

In re: Case No. 3:26-bk-05219

**TAVARA JONELLE HIX,** Chapter 7

Debtor.

---

## CERTIFICATE OF SERVICE

I certify that on **October 30, 2026**, I caused a copy of the Notice of Amendment and the Notice of Correction of Social Security Number in the above-captioned Chapter 7 bankruptcy case to be mailed by United States mail to the following credit reporting agencies at the mailing addresses listed below:

1. **Equifax Information Services LLC**
   P.O. Box 740256
   Atlanta, GA 30374-0256

2. **Experian**
   P.O. Box 4500
   Allen, TX 75013

3. **TransUnion Consumer Solutions**
   P.O. Box 2000
   Chester, PA 19016-2000

This certificate concerns service on the three consumer reporting agencies identified above. The debtor's full Social Security number is not included in this public filing.

Dated: October 30, 2026

Tavara Jonelle Hix, Debtor, Pro Se
1106 Wingate Street
Murfreesboro, TN 37130-5426
Email: newlifeconce@gmail.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Tavara Jonelle Hix<br>First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Middle District of Tennessee |
| Case number (If known) | |

Check if this is:

- [x] An amended filing
- [ ] A supplement showing postpetition chapter 13 income as of the following date:

  MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | Number Street<br><br>City State ZIP Code | Number Street<br><br>City State ZIP Code |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here → | 4. | $ 0.00 | $ |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify: | 5h. | + $ 0.00 | + $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 1,531.40 | $ |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: | 8h. | + $ 0.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,531.40 | $ |
| 10. **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,531.40 + | $ = $ 1,531.40 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: ______ 11. + $

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies 12. $ 1,531.40
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: